UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8419-GW-JDEx | Date | September 30, 2022 |
|---|---|---|---|
| Title | *Jordan Wetzel v. Leadpoint, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Notice of Settlement (ECF No. 17). Based thereon, the October 3, 2022 status conference date is taken off-calendar, and an Order to Show Cause is set for October 31, 2022 at 8:30 a.m. The parties shall file a joint status report (or - better still - a dismissal) by October 27.

:

Initials of Preparer   JG